**WITHUNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHEMBULK TRADING II, LLC,**<br>**Plaintiff,** | * | **CASE NO. 3:19-CV-513-BAJ-RLB** |
| **VERSUS** | * | **IN ADMIRALTY** |
| **M/T CHEM RANGER,**<br>**her engines, freights, apparel,**<br>**appurtenances, tackle, etc.,** ***in rem***<br>**and LANTERN MARITIME, CO.,**<br>***in personam*****,**<br>**Defendants.** | *<br>*<br>* | |
| *** * * * * * *** | * | |

**<u>MOTION TO WITHDRAW MOTION TO SET SECURTY</u>**

NOW INTO COURT, through undersigned counsel and pursuant to its restrictive appearance pursuant to Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims ("Supplemental Rules"), comes Lantern Maritime Co. ("Lantern") and moves this Honorable Court to withdraw its prior motion to set security. Doc No. 15. The parties now have reached an agreement on security and Chembulk has requested that the U.S. Marshal release the M/T CHEM RANGER from arrest. Accordingly, the motion to set security no longer is necessary and the hearing that was set for August 15, 2019 at 2:00 may be cancelled as moot.

Respectfully submitted,

*/s/ Michael A. Harowski*


ANTONIO J. RODRIGUEZ (La. #11375)
Antonio.rodriguez@wilsonelser.com
H. JAKE RODRIGUEZ (La. # 27867)
Jake.rodriguez@wilsonelser.com
A.T. CHENAULT, T.A. (La. #20747)
A.Chenault@wilsonelser.com
MICHAEL HAROWSKI (La. #30543)
Michael.harowski@wilsonelser.com

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
650 Poydras Street, Suite 2200
New Orleans, Louisiana 70130
Telephone: 504-702-1710
Fax: 504-702-1715
*Counsel for Lantern Maritime Co.*

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was filed on this this 14th day of August, 2019, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel on record.

*/s/ Michael A. Harowski*