IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHEMBULK TRADING II, LLC,** | § | |
| | § | |
| Plaintiff, | § | CASE NO. 3:19-CV-513-BAJ-RLB |
| | § | |
| v. | § | IN ADMIRALTY |
| | § | |
| **M/T CHEM RANGER** | § | |
| **her engines, freights, apparel,** | § | |
| **appurtenances, tackle, etc.,** *in rem*, | § | |
| **and LANTERN MARITIME, CO.,** | § | |
| *in personam*, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF VOLUNTARY DISMISAL

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiff, CHEMBULK TRADING II, LLC against Defendants M/T CHEM RANGER her engines, freights, apparel, appurtenances, tackle, etc. and Lantern Maritime, Co. pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Defendants have not answered or filed a motion for summary judgment in this action.  No costs to be assessed to any party.

Dated:  September 12, 2019
            New Orleans, Louisiana                                    Respectfully Submitted,

/s/ Daphne P. McNutt_____
Daphne P. McNutt (#20292)
Barry & Co., LLC
612 Gravier Street
New Orleans, LA 70130
dmcnutt@barrylawco.com
Telephone: (504) 525-5553
Facsimile: (504) 505-1909

*Attorneys for Chembulk
Trading II, LLC*

1